BARNEY C. ALES, LTD.
Barney C. Ales, Esq.
Nevada Bar No. 0127
Mailing Address:
PO Box 20563
Las Vegas, NV 89112
222 Guidance Ridge Court
Henderson, NV  89012
(702) 998-9576
attorneyales@gmail.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PLAYERS NETWORK, INC., a Nevada Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>WHC CAPITAL, LLC, a Delaware limited liability company; CLEAR TRUST, LLC, a Florida limited liability company and, DOES 1-10;<br><br>Defendants. | Case No.: 2:15-cv-00916-RFB-VCF<br><br>**STIPUALATION AND ORDER TO EXTEND THE TIME TO FILE OPPOSITION TO MOTION TO TRANSFER AND TO FILE REPLY TO THE COUNTERCLAIM**<br><br>**(First Request)** |

WHEREAS, Defendant, WHC Capital, LLC filed a Notice of Removal to Federal Court on May 15, 2015 (Doc #1); and,

WHEREAS, Defendant, WHC Capital, LLC filed an Answer and Counterclaim on May 28, 2015 (Doc #7); and,

WHEREAS, Defendant, WHC Capital, LLC filed a motion to transfer on May 28, 2015 (Doc #8); and,

WHEREAS, Plaintiff, Players Network, would ordinarily have fourteen (14) days or until June 11, 2015 to file its response to the motion to transfer; and,

WHEREAS, Plaintiff, Players Network, would ordinarily have twenty (20) days or until June 17, 2015 to file its reply to the counterclaim; and,

WHEREAS, Defendant, Clear Trust, LLC, has not entered an appearance in this legal action;

WHEREAS, Plaintiff, Players Network and Defendant, WHC Capital, LLC have tentatively reached an agreement to settle and resolve all issues raised in the pleadings filed in this legal action; and,

WHEREAS, a formal written settlement agreement has been prepared and it is being reviewed by the parties; and,

WHEREAS, it is expected that this legal action will be dismissed after the formal settlement agreement is executed; and,

WHEREAS, the parties wish to avoid any further attorneys' fees and cost associated with this legal action pending execution of the formal settlement agreement; and,

NOW THEREFORE, IT IS STIPULATED AND AGREED by and between Plaintiff, Players Network, by and through its attorney, Barney C. Ales, Esq. of Barney C. Ales, Ltd., and Defendant, WHC Capital, LLC, by and through its attorney, Jacquelyn S. Leleu, Esq., of McDonald Carano Wilson LLP as follows:

1. That the time for Players Network to file its opposition to the motion to transfer shall be extended by fourteen (14) days to June 25, 2015; and,

/ / /

/ / /

/ / /

2. That the time for Players Network to file its reply to WHC Capital, LLC's counterclaim shall be extended by fourteen (14) days to July 1, 2015.

DATED this 11th day of June, 2015.

| BARNEY C. ALES, LTD. | MCDONALD CARANO WILSON LLP |
|---|---|
| By: /s/ Barney C. Ales<br>Barney C. Ales<br>Nevada Bar No. 127<br>Mailing address:<br>P.O. Box 20563<br>Las Vegas, NV 89112<br><br>*Attorney for Plaintiff*<br>*Players Network* | By: /s/ Jacquelyn S. Leleu<br>Jacquelyn S. Leleu<br>Nevada Bar No. 7675<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br><br>*Attorneys for Defendants WHC Capital, LLC* |

IT IS SO ORDERED:

_____
United States Magistrate Judge
Dated: June 19, 2015