# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PLAYERS NETWORK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WHC CAPITAL, LLC, <br><br> Defendant. | 2:15-cv-00916-RFB-VCF <br> **ORDER** |

On June 11, 2015, the parties filed a stipulation seeking the court to extend the time to file an opposition to the motion to transfer to June 25, 2015 and reply to counterclaim to July 1, 2015. (#10). The parties stated that they are finalizing a settlement agreement, thus it was appropriate to seek the extensions. *Id.* These deadlines have passed.

IT IS HEREBY ORDERED that a status hearing is scheduled for 3:00 p.m., July 27, 2015, in courtroom 3D.

DATED this 10th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE