# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PLAYERS NETWORK, INC., | |
| Plaintiff, | 2:15-cv-00916-RFB-VCF |
| vs. | **ORDER** |
| WHC CAPITAL, LLC, | |
| Defendant. | |

The court has approved the parties' stipulation of dismissal with prejudice of all claims against Defendant WHC Capital, LLC.  (#14).

Accordingly,

IT IS HEREBY ORDERED that a status hearing scheduled for 3:00 p.m., July 27, 2015, in courtroom 3D is VACATED.

DATED this 20th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE