# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PLAYERS NETWORK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WHC CAPITAL, LLC, *et al.,*<br><br>　　　　　Defendants. | 2:15-cv-00916-RFB-VCF<br>**ORDER** |

　　　Before the court is WHC Capital, LLC's Motion to Transfer.  (#8).

　　　On July 13, 2015, the court granted the stipulation and order for dismissal (#14), dismissing all claims of Plaintiff Players Network against Defendant WHC Capital, LLC.  Defendant WHC Capital, LLC's counterclaim against Plaintiff was also dismissed.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that WHC Capital, LLC's Motion to Transfer (#8) is DENIED as moot.

　　　DATED this 23rd day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE