# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PLAYERS NETWORK<br><br>PLANTIFFS,<br><br>v.<br><br>WHC CAPITAL, LLC, *et al*,<br><br>DEFENDANT'S. | Case No. 2:15-cv-00916-RFB-VCF<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve **Defendant Clear Trust, LLC.,** according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is **DISMISSED** without prejudice as to **Defendant Clear Trust, LLC.** As there are no remaining Defendants, this case shall be closed.

DATED this 8th day of December, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**